# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 30, 2025

## NO. 03-25-00202-CV

**Gerardo Saldivar Mendo and Marcelina Castro, Appellants**

**v.**

**Jeannine Flournoy Brown, Individually and as Trustee of J&R Trust, Appellee**

## APPEAL FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP
## DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE THEOFANIS

This is an appeal from the judgment signed by the trial court on July 29, 2024. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.